M/D 1

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

IRA C. TODD )
_____ )
Full name and prison name of )
Plaintiff(s) )
 )
v. ) CIVIL ACTION NO. 3:07-CV-1021-WKW
 ) (To be supplied by Clerk of U.S. District
SHERIFF J. JONES ) Court)
MAJ. C. TOLBERT )
CAPT. C. WELCH )
LT. JONES )
OFFICER YANCY )
ADMIN SGT. ROBERTSON )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff (s) _____ N/A _____

      Defendant(s) _____

   2. Court (if federal court, name the district; if state court, name the county)

      _____ N/A _____

    3.    Docket number _____

    4.    Name of judge to whom case was assigned _____

    5.    Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

    6.    Approximate date of filing lawsuit _____

    7.    Approximate date of disposition _____

II.    PLACE OF PRESENT CONFINEMENT _Lee County Detention Center / 300 Block Area - Felony Pre-Trial_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III.    NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1. | Sheriff J. Jones | 2311 Gateway Dr, Opelika, AL 36801 |
| 2. | Maj. C. Torbert | " " " |
| 3. | Capt. C. Welch | " " " |
| 4. | Lt. Jone | " " " |
| 5. | Officer Yancey | " " " |
| 6. | Admin Sgt. or Lt. Robertson | " " " |

IV.    THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Misplaced or Destroyed Personal Property, on or about Sept 15, 07 During 2nd Shift._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

UPON NOT RETURNING TO FACILITY FROM WORK-RELEASE JOB ON TIME, MY PERSONAL PROPERTY WAS ATTAINED BY SECOND SHIFT OFFICERS SGT. Cobb AND NOT RETURNED UPON MY ARRIVAL

GROUND TWO: ALL INMATES ARE ALLOWED TO RECEIVE PERSONAL PROPERTY ACCORDING TO L.C.D.C. RULES AND REG. HAND-BOOK

SUPPORTING FACTS: THE S.O.P. STATES IN THE HANDBOOK SECTION 4.8 PROPERTY CAN ONLY BE DESTROYED AFTER 30 DAYS, DUE TO RELEASE OR TRANSFER

GROUND THREE: PROPERTY DESTROYED OR MIS-PLACED BY LEE COUNTY DETENTION CENTER VALUED AT $263.95

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I WOULD LIKE FOR LEE COUNTY DETENTION STAFF MEMBERS NAMED IN ABOVE TO RETURN PERSONAL PROPERTY AND/OR REIMBURSE PLAINTIFF $263.95 FOR LOST PROPERTY OR DESTROYED BY LEE COUNTY DETENTION STAFF MEMBERS

_____Ira Todd_____ IRA TODD
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-15-07
              (Date)

_____Ira Todd_____ IRA TODD
Signature of plaintiff(s)

WITNESS
① Ricky Ellington
② Mr. Carlos Antonio Brunson
③ Mitchell Scott Bragg

IRA L. TODD #307
P.O. Box 2407
OPElikA, AL 36801-2407



OFFice OF THE CIERK
UNited States DistRict CouRt
P.O. Box 711
MontgoMERY, AL 36101-0711
OFFiCAI BusiNess