# UNITED STATES DISTRICT COURT

___THE MIDDLE___ District of ___ALABAMA___

Ira C. Todd

Plaintiff

Sheriff J. Jones et al

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 3:07-CV-1021-WKW

RECEIVED 2007 NOV 20 A 10:04 U.S. DISTRICT COURT MIDDLE DISTRICT ALA

I, ___IRA C. TODD___ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ___LEE COUNTY DETENTION CENTER___

   Are you employed at the institution? ___NO___ Do you receive any payment from the institution? ___NO___

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions. ___UNABLE TO GET RESPONSE FROM ACCOUNT OFFICE___

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends            ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☑ No
   d. Disability or workers compensation payments     ☐ Yes   ☑ No
   e. Gifts or inheritances                           ☐ Yes   ☑ No
   f. Any other sources                               ☐ Yes   ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

11-15-07
Date

_[signature]_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

| Item | Price | Qty |
|---|---|---|
| Pro Gel Pomade | $1.95 | 1 |
| Deodorent | $3.05 | 1 |
| Petroleum Jelly | $1.20 | 1 |
| Lotion | $2.50 | 2 |
| Med. Skin Cream | $1.80 | 1 |
| Anti Fungal Cream | $2.00 | 1 |
| Magic Shave Cream | $3.90 | 2 |
| Shampoo | $2.25 | 1 |
| Conditioner | $2.25 | 1 |
| Soap | $.85 | 4 |
| Tooth Paste | $1.85 | 2 |
| Stamps 20 ct. | $8.20 | 2 |
| AA Batt | $2.85 | 3 |
| Radio AM/FM | $19.95 | 1 |
| Ear Bud | $3.60 | 1 |
| XX T-Shirts | $4.25 | 4 |
| XX Boxers | $4.65 | 4 |
| Socks | $1.10 | 6 |
| XX Thermal Top | $5.85 | 2 |
| XX Thermal Bottom | $5.85 | 2 |
| Shoes | $120.00 | |

Total $263.95

Lee County Detention Center Commissary Price

I was not able to get response from Account office

My Account Bal. is $00.00

I was also unable to get a Notary Public to Notarize this But I have Three Witness to Sign there name as witness I hope this work

Ira B. Todd # 307
P.O. Box 2407
Orelika, AL 36801-2407



Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

Official Business