IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| IRA C. TODD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-CV-1021-WKW |
| | ) | (WO) |
| SHERIFF J. JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On November 27, 2007, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case. The plaintiff did not file an objection. After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 4) of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED with prejudice prior to service in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

An appropriate judgment will be entered.

DONE this 18th day of December, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE